JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL  DISTRICT OF CALIFORNIA

TOP GUN AVIATION GROUP, INC., an Oregon corporation,

               Plaintiff,

      vs.

CESAIR AIRCRAFT MAINTENANCE, INC a California corporation; CESAR CUELLAR VALDEZ, an individual,

               Defendants.

_____

CASE No. 2:25-cv-07793-SVW-AYP

[Proposed] ORDER OF DISMISSAL

Based upon the Stipulation of the parties and for good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice in its entirety. The Court shall retain jurisdiction to enforce the Settlement Agreement of the parties and to adjudicate any disputes thereunder.

IT IS SO ORDERED

Dated: July 8, 2026

_____
Hon. Stephen V. Wilson
United States District Judge

[Proposed] Order of Dismissal